# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| ATTORNEY GENERAL OF TEXAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,[1] <br><br> Defendants. | No. 4:24-cv-49-DC-DF |

## DEFENDANTS' THIRD CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants United States Department of Homeland Security, Kristi Noem in her official capacity as Secretary of Homeland Security, Kika Scott, in her official capacity as Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services, and U.S. Citizenship and Immigration Services (collectively, "Defendants") respectfully request a 60-day extension of time to answer or otherwise respond to the Complaint, *see* ECF No. 1 ("Complaint"), from May 29, 2025 to July 28, 2025. As good cause for this request, to which Plaintiffs consent, Defendants offer the following:

1. On October 22, 2024, Plaintiff filed this action seeking to compel the Department to provide a response to Plaintiffs' voter citizenship inquiries. *See* ECF No. 1.

2. After two extensions, Defendants' current deadline to answer or otherwise respond to the Complaint is May 29, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kristi Noem, Secretary of Homeland Security, is automatically substituted as a defendant in her official capacity for her predecessor, Alejandro Mayorkas. Likewise, Kika Scott, Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services, is automatically substituted as a defendant in her official capacity for her predecessor, Ur M. Jaddou.

1

3. Defendants now respectfully request 60 additional days to answer or otherwise respond to the Complaint.

4. The parties are currently engaged in active settlement discussions, and are hopeful that they will ultimately be able to resolve this matter without the need for further involvement from the Court. Nevertheless, the parties' discussions are ongoing, and the parties need additional time to attempt to reach an agreement and then reduce it to writing.

6. This is Defendants' third request for an extension of this deadline. No trial date or other deadlines have been set in this case, and the granting of this extension will not impact any other deadline.

7. Pursuant to Local Rule CV-7(G), undersigned counsel conferred with Plaintiffs' counsel, who consent to the relief requested in this motion.

8. For these reasons, Defendants respectfully request a 60-day extension of time to answer or otherwise respond to the Complaint.

Dated: May 23, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*