**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | |
|---|---|
| ATTORNEY GENERAL OF TEXAS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 4:24-cv-49-DC-DF |

**DEFENDANTS' UNOPPOSED MOTION FOR A**
**STAY DUE TO LAPSE IN APPROPRIATIONS**

The United States of America hereby moves for a stay of Defendants' November 10, 2025 deadline to answer or otherwise respond to the complaint in this case. As good cause for this request, which Plaintiffs do not oppose, the United States offers the following:

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive Branch agencies, including Defendant the Department of Homeland Security. Defendants do not know when funding will be restored by Congress.

2.      Absent an appropriation, attorneys at the Department of Justice are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of Defendants' November 10, 2025 deadline to answer or otherwise respond to the complaint in this case, until Congress has restored appropriations.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds. Defendants request that, at that point, their deadline be extended

commensurate with the duration of the lapse in appropriations—*i.e.*, the time to respond would be extended by the total number of days of the lapse in appropriations.

5.     Before filing this motion, counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs agree to the relief requested in this motion.

6.     Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of Defendants' deadline to answer or otherwise respond to the complaint until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 22, 2025                    Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General
                                           Civil Division

                                           ANDREW I. WARDEN
                                           Assistant Branch Director

                                           /s/ Stephen M. Pezzi
                                           STEPHEN M. PEZZI
                                           Florida Bar No. 1041279
                                           Senior Trial Counsel
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, NW
                                           Washington, DC 20005
                                           Tel: (202) 305-8576
                                           Email: stephen.pezzi@usdoj.gov

                                           *Counsel for Defendants*