**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | |
|---|---|
| ATTORNEY GENERAL OF TEXAS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 4:24-cv-49-DC-DF |

# <u>Exhibit 1</u>

**Declaration of Brian Broderick (Dec. 23, 2025)**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

<table>
<tr><td>

ATTORNEY GENERAL OF TEXAS *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, *et al.*,

Defendants.

</td><td>

No. 4:24-cv-49-DC-DF

</td></tr>
</table>

## DECLARATION OF BRIAN BRODERICK

1.      My name is Brian J. Broderick.  I serve as Acting Chief in the Verification Division within U.S. Citizenship and Immigration Services (USCIS). I have served in this position since May 12, 2025.

2.      In my professional capacity as the Acting Chief in the Verification Division, I am responsible for overseeing the SAVE program, U.S. Citizenship and Immigration Services' core process for verifying U.S. citizenship and immigration status information for federal, state, local, territorial, and tribal agencies.

3.      The following declaration is based on my personal knowledge and information that I acquired in my official capacity and in the performance of my official functions.

### General Background about SAVE

4.      SAVE is an online service administered by USCIS that provides point in time immigration status and U.S. citizenship information to federal, state, local, territorial, and tribal agencies.

5.      Approximately 1,340 agencies nationwide use SAVE to support their benefit eligibility and licensing determinations, voter registration and voter list maintenance, and other lawful purposes. This includes agencies such as those that provide health care benefits, social security benefits,

education grants and assistance, state driver's licenses and ID cards, occupational and professional licenses, and voter verification.

6.     To register to participate in SAVE, a government agency user must submit electronic copies of all applicable legal authorities authorizing the agency to: (a) issue the stated benefit or license or engage in other activity; and (b) verify the citizenship or immigration status of its applicants before issuing the stated benefit or license or engaging in other activity.  USCIS reviews the legal authorities to ensure that the agency's proposed verification is for a purpose authorized by law.

7.     If the agency meets the eligibility criteria to participate in SAVE, the agency is required to execute a SAVE Memorandum of Agreement (MOA) with DHS/USCIS outlining the purpose and the responsibilities for participation in the program. The USCIS Office of the Chief Counsel reviews and provides concurrence for all proposed SAVE voter verification MOAs to ensure the request is properly within the jurisdiction of the requesting agency, for a purpose authorized by law, and consistent with applicable laws and policies more broadly.

8.     A SAVE user agency is one that has executed an MOA to use SAVE.

9.     SAVE checks U.S. citizenship or immigration status of individuals using information available through DHS-accessed systems.

10.     SAVE is only able to verify information that relates to information found in the systems accessed by SAVE.

11.     For SAVE to initiate a query to verify an individual's U.S. citizenship or immigration status, the SAVE user agency must submit the individual's biographic information, including: (1) first and last name; (2) date of birth; and (3) a government-issued enumerator permitted by SAVE.

12.     Once a query is submitted through SAVE, SAVE first performs initial verification, which is an automated search of various systems accessible to DHS for matching records.  The design of the SAVE initial (automated) verification process allows USCIS to respond quickly to each user agency's specific request.  SAVE will provide an automated electronic response adding the applicant's class of admission and a narrative description of the applicant's current citizenship (for U.S. citizens) or immigration status, usually within a few seconds.

13. If U.S. citizenship or immigration status cannot be confirmed through the initial verification process or if the user agency or applicant has a concern about the verification response, the verification process continues to additional (manual) verification.

14. Additional verification includes a case review completed by a USCIS Legal Instruments Examiner (Immigration Status Verification Officer) within the Verification Division under the Immigration Records and Identity Services (IRIS) directorate. A USCIS Immigration Status Verification Officer conducts a variety of manual searches in DHS-accessed systems, including physical records as necessary, to verify the U.S. citizenship or immigration status and provide a final SAVE response.

15. Depending on the benefit type and the situation, cases submitted for additional verification may permit or require the submission of additional information or documentation related to the individual.

**Previous Limitations of SAVE**

16. Prior to April 1, 2025, all SAVE user agencies were required to pay a transaction charge for every SAVE verification case. The transaction charge for non-federal agencies was $1.50 per verification in fiscal year 2025.

17. Prior to May 1, 2025, SAVE users could only input and initiate a query for one individual at a time.

18. Prior to May 16, 2025, SAVE required a DHS-specific immigration identifier (*e.g.*, alien number, admission (I-94) number, visa number, etc.) in order to initiate a query and provide U.S. citizenship or immigration status information. A Social Security number could not be used to initiate a SAVE case.

19. Prior to May 16, 2025, SAVE could generally not verify U.S. citizenship for individuals born in the United States. SAVE could only reliably verify U.S. citizenship for individuals who had naturalized and individuals who acquired U.S. citizenship and applied for and received a Certificate of Citizenship from USCIS.

20.     Prior to August 28, 2025, SAVE could not verify U.S. citizenship for individuals who possessed a U.S. passport but did not have a U.S. citizen record in DHS or SSA systems.

### Recent Improvements to SAVE

21.     USCIS recently implemented many significant improvements to the SAVE automatic verification process:

a.  On April 15, 2025, USCIS eliminated fees for States associated with voter verification (effective April 1, 2025).

b.  On May 1, 2025, USCIS implemented a feature that allows user agencies to initiate multiple individual SAVE cases in a single bulk upload using a CSV-delimited file. As a result, there is now no limit to how many SAVE cases may be included in each bulk upload, and some SAVE users have successfully submitted bulk requests for verification relating to millions of individuals at one time.

c.  On May 1, 2025, USCIS implemented a feature increasing the user agency's ability to audit, view, and download case information.

d.  On May 16, 2025, USCIS implemented the ability to create cases based on a first and last name, date of birth, and nine-digit Social Security number.

e.  On May 16, 2025, USCIS established a connection between SAVE and Social Security Administration (SSA) systems that allowed SAVE to verify U.S. citizenship using queries of SSA records.  Accordingly, SAVE can now verify citizenship for most U.S. citizens, including U.S. citizens born in the United States.

f.  On July 11, 2025, USCIS implemented an "error file" download feature, which enables user agencies to identify errors and resubmit queries.

g.  On July 11, 2025, USCIS implemented a "file history retrieval dashboard," which helps improve file retrieval for bulk uploads.

h.  On July 11, 2025, USCIS implemented bulk escalation capability, allowing states to escalate numerous cases to additional (manual) verification at the same time.

4

i. On August 15, 2025, USCIS implemented the capability to create SAVE cases using first and last name, date of birth, and a partial (*i.e.*, last four digits) Social Security number.

j. On August 15, 2025, USCIS implemented automatic escalation to additional (manual) verification for all voter verification queries that resulted in a status other than U.S. Citizen. This capability results in all voter verification queries returning an initial verification status other than U.S. Citizen undergoing manual review by an Immigration Verification Status Officer prior to a final response being returned to the user agency.

k. On August 28, 2025, USCIS established processes to utilize Department of State systems to verify U.S. citizenship using U.S. passport records during additional (manual) verification.

l. On December 5, 2025, USCIS established a connection between SAVE and the Department of State systems to verify U.S. Citizenship using U.S. passport records during initial (automated) verification.

22. In fiscal year 2025, SAVE completed 198.9 million verifications for all purposes. In fiscal year 2024, SAVE completed 24.7 million verifications for all purposes.

23. Agencies from the following twenty-four States currently have an active SAVE MOA to verify U.S. citizenship or immigration status for voter registration and voter list maintenance: Alabama, Arizona, Arkansas, Colorado, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Michigan, Mississippi, Missouri, Montana, North Carolina, North Dakota, Ohio, South Carolina, Tennessee, Texas, Utah, Virginia, and Wyoming, and can submit or create SAVE cases at any time. Agencies from the following four States currently have a pending SAVE registration request to verify U.S. citizenship for voter registration or list maintenance under review: Nebraska, Nevada, Oklahoma, and South Dakota.

24. To date, SAVE has processed 49.4 million voter verification queries from twenty-two states in calendar year 2025.

**The Settlement in *Florida v. DHS*, No. 24-cv-509 (N.D. Fla.)**

25.     Since October 2024, four states in addition to Texas have filed similar complaints regarding the limitations of SAVE: Florida on October 16, 2024 (*Florida v. DHS*, 3:24-cv-509 (N.D. Fla.)); Ohio on October 24, 2024 (*Ohio v. DHS*, 3:24-cv-283 (S.D. Ohio)); Iowa on December 3, 2024 (*Bird v. Noem*, 4:24-cv-423 (S.D. Iowa)); and Indiana on April 16, 2024 (*Indiana v. DHS*, 25-cv-732 (S.D. Ind.)).

26.     In spring 2025, Defendants began actively engaging in joint settlement negotiations with all five Plaintiff States in the cases cited above (including with Texas).

27.     In November 2025, Defendants reached an agreement with the four other plaintiff States.

28.     On November 28, 2025, plaintiff Florida filed an amended complaint to add the States of Ohio, Indiana, and Iowa as additional plaintiffs in the *Florida* case. All parties in that case then executed a settlement agreement, plaintiffs filed an unopposed motion to dismiss, and the court granted that motion on December 1, 2025.

29.     The *Florida* court's order of dismissal specified (at the parties' request) that "the Court retains jurisdiction over this case for a period of twenty years from the date of this order for the purpose of enforcement of the parties' settlement agreement, which is approved by and incorporated by reference into this order."

30.     In *Ohio v. DHS*, 3:24-cv-283 (S.D. Ohio) and *Indiana v. DHS*, 25-cv-732 (S.D. Ind.), plaintiffs filed notices of voluntary dismissal without prejudice. In *Bird v. Noem*, 4:24-cv-423 (S.D. Iowa), the parties filed a joint stipulation of dismissal without prejudice.

31.     In the Settlement Agreement in *Florida*, DHS agreed to ensure that SAVE has, at a minimum, the following capabilities within 60 days:

   a.   Free service for state, territorial, tribal, and local government agencies.

   b.   Integration with the Social Security Administration to allow searches with full Social Security Numbers (SSNs) to be used as a non-DHS enumerator.

    c.   Integration with the Social Security Administration to allow searches with last-four-digits SSNs to be used as a non-DHS enumerator.

    d.   The capacity to process bulk upload verification requests so that users of the system will not need to input verification requests one-by-one.

    e.   The capacity to provide data supporting each verification, and a paper verifiable output that can be relied on by the user, including but not limited to identifying the supporting document type and number queried, and issue date of citizenship where available. This information may be provided by a downloadable .csv file.

    f.   The capacity to obtain U.S. citizenship or immigration-status information, either within 48 hours (for initial verification) or within SAVE's estimated "Additional Verification Response Time," as reported on the SAVE website, (for additional or manual verification), when provided the following data points:

        i.   First name and last name; and

        ii.   Date of birth; and

        iii.   At least one of the following:

            1.   A government-issued immigration enumerator (*e.g.*, A-Number/USCIS Number, SEVIS ID, I-94 Number, Naturalization/Citizenship Certificate Number, Card Number / I-797 Receipt Number, or Visa Number); or

            2.   Other government-issued enumerator permitted by SAVE(*e.g.*, a full SSN, or the last-four-digits of an SSN).

32.    As reflected in the *Florida* agreement, DHS agreed to ensure that all of the specified SAVE capabilities remain operational absent a modification to the agreement or unforeseen technical limitations.

**Use of SAVE by Texas**

33.     On September 18, 2024, the Texas Secretary of State sent a letter to USCIS requesting information about the appropriate procedures for verifying or ascertaining the citizenship or immigration status of certain individuals on the State of Texas's voter rolls.

34.     On October 7, 2024, the Attorney General of Texas sent a follow-up letter to USCIS with a list of approximately 454,289 registered voters and requested USCIS provide the current citizenship or immigration status for each individual.

35.     On October 10, 2024, USCIS sent a letter to the Texas Secretary of State in response to the September 18 letter explaining that SAVE was the designated means for election authorities to request and USCIS to provide U.S. citizenship and immigration status information.

36.     On October 18, 2024, the Texas Secretary of State responded to USCIS's October 10 letter and insisted that SAVE was not sufficient for the requested purposes and again requested USCIS provide the requested U.S. citizenship and immigration status information.

37.     On March 12, 2025, the Texas Secretary of State approved and signed a SAVE MOA for the purposes of voter verification and voter list maintenance. The MOA took effect on March 17, 2025.

38.     On April 21, 2025, the Texas Secretary of State initiated its first SAVE case.

39.     On May 1, 2025, the Texas Secretary of State initiated SAVE cases in bulk via uploaded CSV-delimited files with USCIS providing technical support.

40.     On August 11, 2025, USCIS invited the Texas Secretary of State to participate in the initial soft launch of the functionality to allow SAVE cases to be created using a partial (last four digits) Social Security number.

41.     On August 22, 2025, the Texas Secretary of State initiated approximately 3.38 million SAVE queries via the bulk upload functionality.

42.     On August 29, 2025, the Texas Secretary of State initiated approximately 8 million SAVE queries via the bulk upload functionality.

8

43.     On September 5, 2025, the Texas Secretary of State initiated approximately 6.2 million SAVE queries via the bulk upload functionality.

44.     As of December 12, 2025, the Texas Secretary of State has initiated approximately 17.9 million SAVE queries, all of which have been processed by USCIS.

45.     In 2025, the Texas Secretary of State submitted (by far) more voter-verification requests through SAVE than any other SAVE user.  Texas has submitted more than double the number of requests as the second heaviest user.  In 2025, roughly 36% of all SAVE voter-verification requests were submitted by the Texas Secretary of State.

Executed this 23rd day of December, 2025 in Alexandria, Virginia.

BRIAN J BRODERICK
Digitally signed by BRIAN J BRODERICK
Date: 2025.12.23 13:27:07 -05'00'

BRIAN J. BRODERICK
Acting Chief, Verification Division
Immigration Records and Identity Services Directorate
United States Citizenship and Immigration Services

9