**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

|  |  |
|---|---|
| ATTORNEY GENERAL OF TEXAS *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,[1]<br><br>  Defendants. | No. 4:24-cv-49-DC-DF |

**<u>NOTICE</u>**

Defendants respectfully submit this notice to inform the Court of yesterday's opinion and order in *League of Women Voters v. DHS*, No. 25-cv-3501 (SLS), 2026 WL 1784297, --- F. Supp. 3d ---- (D.D.C. June 22, 2026). The United States is still reviewing that opinion and considering all available options. And Plaintiff the State of Texas has also now been granted intervention in that case. *See* Order Granting Intervention, *League of Women Voters v. DHS*, No. 25-cv-3501 (SLS), ECF No. 86 (D.D.C. Apr. 6, 2026). Nevertheless, because the *League of Women Voters* case was discussed in the parties' briefs in the above-captioned matter, *see* ECF Nos. 12, 15, 16, Defendants felt it prudent to promptly inform the Court of this development. The opinion and order are attached to this Notice for the Court's convenience.

---

[1] Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin is automatically substituted as a Defendant in his official capacity as Secretary of Homeland Security, in place of his predecessor Kristi Noem.

Dated: June 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (Florida Bar No. 1041279)
 Chief Litigation Counsel
DANIEL RIESS
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576 (Pezzi)
Tel: (202) 353-3098 (Riess)
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*