**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | |
|---|---|
| ATTORNEY GENERAL OF TEXAS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,[1]<br><br>Defendants. | No. 4:24-cv-49-DC |

**DEFENDANTS' UNOPPOSED MOTION FOR A 14-DAY
EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully request a 14-day extension of time to answer the Complaint, *see* ECF No. 1 ("Complaint"), from August 4, 2026 to August 18, 2026.  As good cause for this request, which Plaintiffs do not oppose, Defendants offer the following:

1.      On October 22, 2024, Plaintiffs filed this action seeking to compel the Department to provide a response to Plaintiffs' voter citizenship inquiries.  *See* ECF No. 1.

2.      The parties attempted to reach a settlement agreement to resolve this case, but were unsuccessful.  Accordingly, Defendants moved to dismiss on December 23, 2025.  ECF No. 12.

3.      On July 21, 2026, the Court entered an order granting in part and denying in part Defendants' motion to dismiss.  ECF No. 19.  Accordingly, by operation of Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' responsive pleading is now due on Tuesday, August 4, 2026.

4.      Defendants now respectfully request 14 additional days to answer the Complaint. Undersigned counsel is currently faced with several significant, pre-existing, and time-sensitive

---

[1] Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin is automatically substituted as a Defendant in his official capacity as Secretary of Homeland Security, in place of his predecessor Kristi Noem.

litigation deadlines in other matters (including preliminary-injunction proceedings) that would make it extremely difficult to meet the current deadline. In addition, undersigned counsel will be on pre-planned leave and personal travel the week of August 3rd, which is when the current deadline falls.

6.    No trial date or other deadlines have been set in this case, and the granting of this modest extension will not impact any other deadline.

7.    Pursuant to Local Rule CV-7(G), undersigned counsel conferred with Plaintiffs' counsel before filing this motion. Plaintiffs report that they do not oppose the relief requested in this motion.

8.    For these reasons, Defendants respectfully request a 14-day extension of time to answer the Complaint.

Dated: July 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
 Florida Bar No. 1041279
 Chief Litigation Counsel
DANIEL RIESS
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*