**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | |
|---|---|
| ATTORNEY GENERAL OF TEXAS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security *et al.*,<br><br>Defendants. | No. 4:24-cv-49-DC-DF |

**PROPOSED ORDER**

Came on this day Defendants' Motion to Stay Proceedings, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that this case is **STAYED** pending final resolution of the appeals process in *League of Women Voters v. U.S. Department of Homeland Security*, No. 26-5301 (D.C. Cir.). The parties shall notify the Court within seven (7) days of the appeals process in *League of Women Voters* being finally resolved.

Dated __________________________, 2026.

________________________________
DAVID COUNTS
UNITED STATES DISTRICT JUDGE